# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES GOODMAN AND DOMINIC
SCHROEDER, Individually and on Behalf of All
Others Similarly Situated,

    Plaintiffs,

  vs.

RESTAURANT DEPOT, LLC, AND JETRO
HOLDINGS LLC,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 19-cv-399

**NOTICE OF DISMISSAL WITH
PREJUDICE**

THE PLAINTIFFS, James Goodman and Dominic Schroeder, by counsel, Ademi & O'Reilly

LLP, hereby give notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is

dismissed with prejudice and without costs to either party. No class has been certified in this case,

and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the

Defendants, Restaurant Depot, LLC, and Jetro Holdings, LLC, have not served an answer or motion

for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule

41(a)(1) of the Federal Rules of Civil Procedure.

Dated this 16th day of August 2019.  By: s/ Mark A. Eldridge____
              Mark A. Eldridge (SBN: 1089944)
              ADEMI & O'REILLY, LLP
              3620 East Layton Avenue
              Cudahy, WI 53110
              meldridge@ademilaw.com
              tel (414) 482-8000
              fax (414) 482-8001